```
 1  EILEEN M. DECKER
    United States Attorney
 2  LAWRENCE S. MIDDLETON
 3  Assistant United States Attorney
    Chief, Criminal Division
 4  STEVEN R. WELK
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
 6  JONATHAN GALATZAN
    Assistant United States Attorney
 7  Asset Forfeiture Section
    California Bar No. 190414
 8     Federal Courthouse, 14th Floor
 9     312 North Spring Street
       Los Angeles, California 90012
10     Telephone:  (213) 894-2727
       Facsimile:  (213) 894-7177
11     E-mail:     Jonathan.Galatzan@usdoj.gov
12
    Attorneys for Plaintiff
13  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ONE 2007 DODGE RAM 3500, ONE 2009 TOYOTA CAMRY, AND ONE 2008 FORD F-350 SD,<br><br>        Defendants.<br><br>GOHAR TOROSYAN,<br><br>        Claimant. | NO.  CV 14-09915-MMM (ASx)<br><br>**[PROPOSED]**<br>**CONSENT JUDGMENT OF FORFEITURE**<br>**AS TO CLAIMANT GOHAR TOROSYAN**<br>**ONLY**<br><br>[NOTE:  THIS ORDER RESOLVES THE CLAIM OF ONE CLAIMANT, BUT IS NOT DISPOSITIVE OF THE CASE] |
|---|---|

//

1    Plaintiff and Claimant Gohar Torosyan ("Claimant") have
2 made a stipulated request for the entry of this Consent
3 Judgment, resolving the claim of Claimant in this action in its
4 entirety.
5    Claimant filed a timely claim to the defendant One 2009
6 Toyota Camry having VIN 4T4BE46K89R114894.
7    Claimant did not file claims to any of the defendant assets
8 other than that listed, and no other claimants have filed claims
9 to the defendant asset listed above. The time for filing claims
10 and answers has expired. No other person is believed to have any
11 claim to the defendant One 2009 Toyota Camry having VIN
12 4T4BE46K89R114894.
13    The Court, having considered the stipulation of the
14 parties, and good cause appearing therefor, HEREBY ORDERS,
15 ADJUDGES AND DECREES:
16    1.   The government has given and published notice of this
17 action as required by law, including Supplemental Rule G for
18 Admiralty or Maritime Claims and Asset Forfeiture Actions,
19 Federal Rules of Civil Procedure, and the Local Rules of this
20 Court.  Claimant did not file claims to any of the defendant
21 assets other than that listed, and no other claimants have filed
22 claims to the defendant asset listed above. The time for filing
23 claims and answers has expired. No other person is believed to
24 have any claim to the defendant One 2009 Toyota Camry having VIN
25 4T4BE46K89R114894.  This Court has jurisdiction over the parties
26 to this judgment and the defendant assets.  Any potential
27 claimants to the defendant One 2009 Toyota Camry having VIN
28 4T4BE46K89R114894 other than Claimant are deemed to have

admitted the allegations of the Complaint with respect to the One 2009 Toyota Camry having VIN 4T4BE46K89R114894.

    2.   The following defendant asset shall be returned to Claimant through her counsel: the One 2009 Toyota Camry having VIN 4T4BE46K89R114894 shall be returned to Claimant through her counsel.  The United States Secret Service ("USSS") shall release said asset within 45 days of the entry of this judgment.

    3.   Claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the United States Secret Service from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant One 2009 Toyota Camry having VIN 4T4BE46K89R114894 and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    4.   The court finds that there was reasonable cause for the seizure of the defendant One 2009 Toyota Camry having VIN 4T4BE46K89R114894. The proposed judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the defendant One 2009 Toyota Camry having VIN 4T4BE46K89R114894.

//
//
//

5.   Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the One 2009 Toyota Camry having VIN 4T4BE46K89R114894.

DATED: November 16, 2015

THE HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America